UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------------

| | | |
|---|---|---|
| JERRY VALENTINE, JR., | : | |
| | : | Case No. 1:18-cv-1887 |
| Plaintiff, | : | |
| | : | |
| vs. | : | OPINION & ORDER |
| | : | [Resolving Doc. 13] |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In April 2015, Plaintiff Jerry Valentine, Jr. applied for supplemental security income alleging disability.[1]

The Social Security Administration denied his application initially and on reconsideration.[2] At Valentine's request, an administrative law judge ("ALJ") considered his case.[3] The ALJ concluded that Plaintiff Valentine was not disabled.[4] The Social Security Appeals Council denied Plaintiff's request for review.[5]

Valentine then brought this suit, asking the Court to reverse the ALJ's decision.[6] He argues that the ALJ lacked substantial evidence to find that Valentine did not require a cane, the ALJ failed to evaluate Valentine's need to elevate his legs, and the ALJ erroneously and ambiguously found that Valentine was limited to superficial interaction with others. [7] Magistrate Judge Burke issued a Report and Recommendation ("R&R") recommending that

---

[1] Doc. 12 at 259.
[2] Id. at 172, 184.
[3] See id. at 189.
[4] Id. at 14.
[5] Id. at 5.
[6] Doc. 1.
[7] Doc. 13.

the Court affirm the ALJ's decision.[8]

If a party had objected to this R&R, the Court would consider the objected-to portions *de novo*.[9] However, because neither party has objected, the Court may adopt the R&R without review.[10]

Moreover, the Court has conducted its own review and agrees with Judge Burke—the evidence sufficiently supported the ALJ's conclusion.

Accordingly, the Court **ADOPTS** Magistrate Judge Burke's R&R and **AFFIRMS** the ALJ's decision.


IT IS SO ORDERED.


Dated: September 13, 2019                    s/          *James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE

---

[8] Doc. 18.
[9] 28 U.S.C. § 636(b)(1).
[10] *Thomas v. Arn*, 474 U.S. 140, 149 (1985).